| Date: Wed Jun 16, 2004 | REGISTRY CHECK #921430 | | Page: 1 |
| Time: 10:22 AM | | | User: JOHN |

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---------|------|-------|--------|-----------------------------------|
| 0010017 | WHITE<br>WHITE<br>86 CEDAR LN<br>NATHEZ MS          39120 | CELESTIN<br>YOLANDA BELL | 3.96 | GULF STATE CREDIT<br>BANKRUPTCY DEPT<br>PO BOX 105460<br>ATLANTA GA           30348 |
| 0010508 | CLAVELLE<br>CLAVELLE<br>PO BOX 9636<br>NEW IBERIA LA    70562 | MOSES<br>STELLA L | 3.59 | LT.CHRISTOPHER & LESLIE KETHA<br><br>2692 FOLIAGE DR<br>MARRERO LA           70072 |
| 0013713 | WATSON<br><br>1022 1/2 KEPLER ST<br>GRETNA LA           70053 | JENNIFER LYNN | 310.78 | EQUIFAX   RMS<br><br>PO BOX 2324<br>AUGUSTA GA          30903 |
| 0113528 | MORTON<br><br>6554 10th ST<br>MARRERO LA           70072 | OSCAR C | 1,450.00 | X   X |
| 0118905 | SAYLOR JR<br>SAYLOR<br>612 CHURCH ST<br>THIBODAUX LA    70301 | LOUIS WILLIAM<br>THERESA L | 1.86 | ST ANNE GENERAL HOSPITAL<br>%ROEDEL PARSONS KOCH FROST<br>8840 JEFFERSON HWY STE 301<br>BATON ROUGE LA        70809 |
| 0119704 | CHANEY | | 224.89 | |
| | | | 318.02 | AMERIQUEST MORTGAGE CO<br><br>PO BOX 5646<br>ORANGE CA              92863 |
| | | | 1,050.00 | |
| | | | 190.00 | |
| | | | 3,553.10 | |

*Stamp:* UNITED STATES BANKRUPTCY COURT, Eastern District of Louisiana, New Orleans Division
# 00206499 - SM
June 22, 2004

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| TREASURY | 9-ch 13's | | 3,553.10 CK |
| TOTAL → | | | 3,553.10 |

FROM: BEAULIEU

RELIEF
ORDERED
FEE PD

$1450.00 to Treasury 60478K on 6/22/04 for Case # 01-13528

CHAPTER 13 TRUSTEE TRUST ACCOUNT                                                                921430

UNITED STATES BANKRUPTCY COURT                    Jun 16, 2004                      $3,553.10
ROOM B-601
500 POYDRAS ST
NEW ORLEANS, LA  70130

Payments found to be undeliverable, as per the
attached listing, for deposit into the Registry of
the Court.

---

**CHAPTER 13 TRUSTEE**              FIRST AMERICAN BANK & TRUST                 **921430**
**TRUST ACCOUNT**                        METAIRIE, LA 70005
433 METAIRIE ROAD, SUITE 515                84-242/654
METAIRIE, LA 70005

                                                        DATE              AMOUNT
                                                    June 16, 2004    **************$3,553.10

PAY   Three Thousand Five Hundred Fifty-Three and 10/100 Dollars

TO THE
ORDER   UNITED STATES BANKRUPTCY COURT
OF:     ROOM B-601
        500 POYDRAS ST                                          /s/ S J Beaulieu Jr
        NEW ORLEANS, LA  70130                              _____
                                                                AUTHORIZED SIGNATURE
                         🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑆921430⑆ ⑈065402423⑈ 690 272 3⑈